***E-FILED***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte   **REPORTER:** Lee-Anne Shortridge

**DATE:** March 24, 2014   **TIME:** 9:00 am   *(Time: 20 mins.)*

**CRIMINAL NO.:** CR-14-00143-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- LIPING LIU   (P)
   **APPEARANCES:**

**PLTF:** AUSA: T. Moore   **DEFT:** R. Pollock

**COURT ACTION:** CHANGE OF PLEA HEARING

Hearing Held. The defendant plead guilty to Count 1 of the Superseding Information. A Plea Agreement was executed in open court. The Court set a Sentencing Hearing for 9/15/14 @ 9:00 AM. The defendant shall remain out of custody and on the same conditions of release pending sentencing. The matter is referred to Probation for preparation of a PSR.

   */s/ Jackie Garcia*
   **JACKIE GARCIA**
   **Courtroom Deputy**