1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: westcliff3@gmail.com
5
   Counsel for Defendant
6  VICTOR HUGO CABALLERO

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12                                        )
   UNITED STATES OF AMERICA,               )   No. CR 11-00493-RMW
13                                        )
                 Plaintiff,                )   **STIPULATION TO CONTINUE STATUS**
14                                        )   **CONFERENCE; [] ORDER**
   vs.                                    )
15                                        )
   VICTOR HUGO CABALLERO,                 )
16                                        )
                 Defendant.                )
17 _____

18

19     Plaintiff United States of America, by and through Assistant United States Attorney

20 Cynthia Fr3y, and Defendant VICTOR HUGO CABALLERO ("Mr. Caballero"), by and through

21 his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the

22 final pretrial conference in this case should be continued from June 30 to Cwi wuv'6, 2014, at 9:00

23 a.m.

24     1. Mr. Caballero been charged with a violation of 21 U.S.C. § 841 (a)(1).

25     2. A status conference before this Honorable Court is scheduled for June 30, 2014, at

26 9:00 a.m.

                                   1

1     3. On June 25, the government advised counsel for Mr. Caballero that it will be

2 producing additional discovery within the next few days.  Counsel will need to review and

3 discuss that discovery with Mr. Caballero which – given defense counsel's schedule between

4 now and June 30, and recent difficulties visiting Mr. Caballero and other clients at the Santa

5 Clara County Jail due to restricted access – will not be possible before June 30.

6     4. Accordingly, Mr. Caballero respectfully requests that the status conference be

7 continued as requested, and agrees to the exclusion of time from June 30 to Cwi wuv'6, 2014,

8 pursuant to 18 U.S.C. § 3161 (h)(7)(A).

9     5. Accordingly, the parties request that the status hearing be continued to Cwi wuv'6, 2014,

10 at 9:00 a.m.

11 IT IS SO STIPULATED.

12     Respectfully submitted,

13     STEVEN G. KALAR
    Federal Public Defender

14

15

16 Dated: June 26, 2014     __/s/_____
    ROBERT CARLIN
    Assistant Federal Public Defender

17

18     UNITED STATES ATTORNEY

19

20 Dated: June 26, 2014     _/s/_____
    CYNTHIA FREY
21     Assistant United States Attorney

22

23

24

25

26

1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: westcliff3@gmail.com

   Counsel for Defendant
6  VICTOR HUGO CABALLERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00493-RMW |
| Plaintiff, ) | **[] ORDER** |
| vs. ) | |
| VICTOR HUGO CABALLERO, ) | |
| Defendant. ) | |

1. Mr. Caballero been charged with a violation of 21 U.S.C. § 841 (a)(1).

2. A status conference before this Court is scheduled for June 30, 2014, at 9:00 a.m.

3. On June 25, the government advised counsel for Mr. Caballero that it will be producing additional discovery within the next few days.  Counsel will need to review and discuss that discovery with Mr. Caballero which – given defense counsel's schedule between now and June 30, and recent difficulties visiting Mr. Caballero and other clients at the Santa Clara County Jail due to restricted access – will not be possible before June 30.

1    4. Under the circumstances, there is good cause for the requested continuance, and the
2    "ends of justice" served by taking such action "outweigh the best interest of the public and the
3    defendant in a speedy trial." 18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from June 30 to
4    August 6, 2014, is excluded pursuant to section § 3161 (h)(7)(A).
5    5. The status hearing in this matter shall be continued from to August 6, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated: 6/27/14

RONALD M. WHYTE
United States District Judge

4