1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113                                     E-FILE
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  VICTOR HUGO CABALLERO

7

8

9                  IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12  UNITED STATES OF AMERICA,            )    No. CR 11-00493-RMW
                                         )
13                  Plaintiff,           )    **STIPULATION TO CONTINUE STATUS**
                                         )    **CONFERENCE; [] ORDER**
14  vs.                                  )
                                         )
15  VICTOR HUGO CABALLERO,               )
                                         )
16                  Defendant.           )
17  _____     )

18

19          Plaintiff United States of America, by and through Assistant United States Attorney

20  Cynthia Frey, and Defendant VICTOR HUGO CABALLERO ("Mr. Caballero"), by and through

21  his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the

22  final pretrial conference in this case should be continued from August 4, 2014 to September 29,

23  2014, at 9:00 a.m.

24          1.  Mr. Caballero been charged with a violation of 21 U.S.C. § 841 (a)(1).

25          2.  A status conference before this Honorable Court is scheduled for August 4, 2014, at

26  9:00 a.m.

                                             1

1    3.  On July 30, 2014, the government advised counsel for Mr. Caballero that it will be

2    producing additional discovery within the next few days.  Counsel will need to review and

3    discuss that discovery with Mr. Caballero which – given defense counsel's schedule between

4    now and August 4, and recent difficulties visiting Mr. Caballero and other clients at the Santa

5    Clara County Jail due to restricted access – will not be possible before August 4, 2014.

6    4.  Accordingly, Mr. Caballero respectfully requests that the status conference be

7    continued as requested, and agrees to the exclusion of time from August 4 to September 29,

8    2014, pursuant to 18 U.S.C. § 3161 (h)(7)(A).

9    5.  Accordingly, the parties request that the status hearing be continued to September 29,

10   2014, at 9:00 a.m.

11   IT IS SO STIPULATED.

12                                        Respectfully submitted,

13                                        STEVEN G. KALAR
                                          Federal Public Defender
14

15
     Dated: July 31, 2014                 ____/s/_____
16                                        ROBERT CARLIN
                                          Assistant Federal Public Defender
17

18                                        UNITED STATES ATTORNEY

19

20   Dated: July 31, 2014                 ____/s/_____
                                          CYNTHIA FREY
21                                        Assistant United States Attorney

22

23

24

25

26

2

STEVEN G. KALAR
Federal Public Defender
ROBERT CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
VICTOR HUGO CABALLERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00493-RMW |
| Plaintiff, | **[] ORDER** |
| vs. | |
| VICTOR HUGO CABALLERO, | |
| Defendant. | |

1.  Mr. Caballero been charged with a violation of 21 U.S.C. § 841 (a)(1).

2.  A status conference before this Court is scheduled for August 4, 2014, at 9:00 a.m.

3.  On July 30, 2014, the government advised counsel for Mr. Caballero that it will be producing additional discovery within the next few days.  Counsel will need to review and discuss that discovery with Mr. Caballero which – given defense counsel's schedule between now and August 4, and recent difficulties visiting Mr. Caballero and other clients at the Santa Clara County Jail due to restricted access – will not be possible before August 4, 2014.

4.  Under the circumstances, there is good cause for the requested continuance, and the "ends of justice" served by taking such action "outweigh the best interest of the public and the defendant in a speedy trial."  18 U.S.C. § 3161 (h)(7)(A).  Accordingly, the time from August 4, 2014 to September 29, 2014, is excluded pursuant to section § 3161 (h)(7)(A).

5.  The status hearing in this matter shall be continued from to September 29, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated: _____

RONALD M. WHYTE
United States Magistrate Judge