| | |
|---|---|
| 1 | STEVEN G. KALAR |
|   | Federal Public Defender |
| 2 | ROBERT CARLIN |
|   | Assistant Federal Public Defender |
| 3 | 55 South Market Street, Suite 820 |
|   | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
|   | E-mail: robert_carlin@fd.org |
| 5 | |
|   | Counsel for Defendant |
| 6 | VICTOR HUGO CABALLERO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00493-RMW |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; [] ORDER** |
| vs. | |
| VICTOR HUGO CABALLERO, | |
| Defendant. | |

Plaintiff United States of America, by and through Assistant United States Attorney Cynthia Frey, and Defendant VICTOR HUGO CABALLERO ("Mr. Caballero"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the final pretrial conference in this case should be continued from September 2; to October 20, 2014, at 9:00 a.m.

1. Mr. Caballero been charged with a violation of 21 U.S.C. § 841 (a)(1).

2. A status conference before this Honorable Court is scheduled for September 2; , 2014, at 9:00 a.m.

3. The government has recently produced additional discovery, which counsel and Mr. Caballero are reviewing.  The parties are also discussing a potential resolution of the matter.  A brief continuance is respectfully requested, to allow the parties time to complete these tasks.

4. Accordingly, Mr. Caballero respectfully requests that the status conference be continued as requested, and agrees to the exclusion of time from September 2;  to October 20, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(A).

5. Accordingly, the parties request that the status hearing be continued to October 20, 2014, at 9:00 a.m.

IT IS SO STIPULATED.

                                        Respectfully submitted,

                                        STEVEN G. KALAR
                                        Federal Public Defender

Dated: September 25, 2014          ___/s/_____
                                        ROBERT CARLIN
                                        Assistant Federal Public Defender


                                        UNITED STATES ATTORNEY

Dated: September 25, 2014          __/s/_____
                                        CYNTHIA FREY
                                        Assistant United States Attorney

1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  VICTOR HUGO CABALLERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00493-RMW |
|---|---|---|
| Plaintiff, | ) | **[] ORDER** |
| vs. | ) | |
| VICTOR HUGO CABALLERO, | ) | |
| Defendant. | ) | |

1. Mr. Caballero been charged with a violation of 21 U.S.C. § 841 (a)(1).

2. A status conference is scheduled for September 2; , 2014, at 9:00 a.m.

3. The government has recently produced additional discovery, which counsel and Mr. Caballero are reviewing.  The parties are also discussing a potential resolution of the matter.  A brief continuance has been requested, to allow the parties time to complete these tasks.

4. Under the circumstances, there is good cause for the requested continuance, and the "ends of justice" served by taking such action "outweigh the best interest of the public and the

3

1  defendant in a speedy trial." 18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from September
2  2; to October 20, 2014, is excluded pursuant to section § 3161 (h)(7)(A).
3       5. The status hearing in this matter shall be continued to October 20, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated: _____        _____
                              RONALD M. WHYTE
                              United States District Judge