STEVEN G. KALAR
Federal Public Defender
ROBERT CARLIN
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
VICTOR HUGO CABALLERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00493-RMW |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING HEARING; [] ORDER** |
| VICTOR HUGO CABALLERO, | |
| Defendant. | |

Plaintiff United States of America, by and through Assistant United States Attorney Stephen Meyer, and Defendant VICTOR HUGO CABALLERO ("Mr. Caballero"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the sentencing hearing in this case should be continued from February 2 to March 2, 2015, at 9:00 a.m.

1. On October 20, 2015, Mr. Caballero appeared before this Honorable Court and entered a guilty plea to a violation of 21 U.S.C. § 841 (a).  The sentencing hearing is currently scheduled for February 2, 2015, at 9:00 a.m.

1

2. Counsel for Mr. Caballero has been sick and out of the office for the last week, during which time he had intended to discuss the final Presentence Report with Mr. Caballero and file a sentencing position paper. Accordingly, a continuance is requested to adequately prepare Mr. Caballero for the sentencing hearing.

3. United States Probation Officer Insa Bel'Ochi, who prepared the Presentence Report, has been consulted and has no opposition to the requested continuance and is available on the requested date.

4. Accordingly, the parties respectfully request that the sentencing hearing be continued to March 2, 2015, at 9:00 a.m.

IT IS SO STIPULATED.

                                        Respectfully submitted,

                                        STEVEN G. KALAR  
                                        Federal Public Defender

Dated: January 29, 2015            _____/s/_____  
                                        ROBERT CARLIN  
                                        Assistant Federal Public Defender

                                        UNITED STATES ATTORNEY

Dated: January 29, 2015            _____/s/_____  
                                        STEPHEN MEYER  
                                        Assistant United States Attorney

1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  VICTOR HUGO CABALLERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00493-RMW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **[] ORDER ON STIPULATION TO CONTINUE SENTENCING HEARING** |
| VICTOR HUGO CABALLERO, | ) | |
| Defendant. | ) | |

    1. On October 20, 2015, Mr. Caballero appeared before this Honorable Court and entered a guilty plea to a violation of 21 U.S.C. § 841 (a).  The sentencing hearing is currently scheduled for February 2, 2015, at 9:00 a.m.

    2. Counsel for Mr. Caballero has been sick and out of the office for the last week, during which time he had intended to discuss the final Presentence Report with Mr. Caballero and file a sentencing position paper.  Accordingly, a continuance is requested to adequately prepare Mr. Caballero for the sentencing hearing.

3. United States Probation Officer Insa Bel'Ochi, who prepared the Presentence Report, has been consulted and has no opposition to the requested continuance and is available on the requested date.

4. Based on the foregoing, the sentencing hearing in this matter shall be continued to March 2, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated: _____      _____
HON. RONALD M. WHYTE
United States District Judge